HARRY KLEINMAN, Respondent, v. VANETTA VELVET Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of TIMOTHY D. POUCHER, as President of the FEDERATION OF TEACHERS' ASSOCIATIONS OF THE CITY OF NEW YORK, Respondent, for a Peremptory Mandamus Order against TEACHERS' RETIREMENT BOARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ. [130 Misc. 896.]

NELLIE Y. PFAFF, Respondent, v. ANNA BRUCH, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

DAVID COAN and Another, Appellants, v. 69 WEST 54TH STREET CORPORATION, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ELIZABETH C. HUDSON, Respondent, v. PERCY K. HUDSON, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within five days from service of order. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

MINNIE EVROTAS, Respondent, v. ADAMANTIOS EVROTAS, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

MINNIE EVROTAS, Respondent, v. ADAMANTIOS EVROTAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

· JULIUS FISCHL, Respondent, v. STERLING FIRE INSURANCE COMPANY and Others, Appellants.— Order modified by limiting the bill of particulars to be furnished to the matters and things set forth in paragraph "ninth" of the respective answers, giving a detailed statement of that part of the testimony so given which it is claimed by the defendants is false and fraudulent, and in what respect such testimony was false and fraudulent; and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ELEANOR CUMMINGS HUGHES, Suing in Her Own Behalf, etc., Respondent, v. FREDERICK S. FALES and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ERNESTO D'AMBROSIO v. CHARLES B. BAUERDORF and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of RICORD GRADWELL, Deceased.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ANNIE WEISBERG v. M. ANGELO ELIAS.— Motion to dismiss appeal denied,